No. 1334. Hooper et al. v. Gooding, Judge, et al. C. A. 9th Cir. Certiorari denied. *John P. Frank* and *John J. Flynn* for petitioner Hooper. *Darrell F. Smith,* Attorney General of Arizona, *Norval C. Jesperson,* Assistant Attorney General, and *Mark Wilmer,* Special Assistant Attorney General, for respondent Gooding.

No. 504. Austral Oil Co. Inc. v. Federal Power Commission. C. A. 5th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition. *J. Evans Attwell* and *W. H. Drushel, Jr.,* for petitioner. Acting Solicitor General *Spritzer, Richard A. Solomon, Peter H. Schiff,* and *Joel Yohalem* for respondent.

No. 516. Superior Oil Co. et al. v. Federal Power Commission et al. C. A. 10th Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition. *Murray Christian* and *H. W. Varner* for Superior Oil Co., and *H. H. Hillyer, Jr.,* for J. Ray McDermott & Co., Inc., petitioners. Acting Solicitor General *Spritzer, Richard A. Solomon, Peter H. Schiff,* and *Joel Yohalem* for respondent Federal Power Commission.

No. 1348. Follette, Warden v. Molloy. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. Mr. Justice Black is of the opinion that certiorari should be granted. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Assistant Attorney General, for petitioner. *C. Dickerman Williams* for respondent.